Law Offices of
**KAREN L. GRANT**
State Bar No. 122084
924 Anacapa Street, Ste 1M
Santa Barbara, CA 93101
(805) 962-4413

Attorneys for Plaintiff Stephanie Buller

# IN THE UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Stephanie Anne Buller<br><br>    Debtor. | CASE NO. 9:23-bk-10184-RC<br>(Chapter 7) |
| Stephanie Anne Buller,<br><br>    Plaintiff<br><br>Vs.<br><br>United States Department of Education, et. al.<br><br>    Defendant | ADVERSARY NO. 9:23-ap-01018-RC<br><br>**THIRD STIPULATION TO EXTEND DEADLINE DEFENDANTS TIME TO RESPOND TO COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOAN BASED ON UNDUE HARDSHIP [11 U.S.C.§ 523(a)(8)] AND CONTINUE STATUS CONFERENCE HEARING**<br><br><u>Status Conference</u>:<br>Date:  November 8, 2023<br>Time:  10:00 a.m.<br>Place: 1415 State St Ctr 201<br>       Santa Barbara, CA 93101<br>Judge: Ronald A. Clifford, III |

Debtor and Plaintiff Stephanie Anne Buller ("Plaintiff") and Defendant, United States Department of Education ("Defendant"), by and through their counsel of record, hereby stipulate as follows:

1.  On May 15, 2023, Plaintiff filed the above captioned adversary action seeking to have her student loan determined to be

dischargeable based on Undue Hardship pursuant to 11 U.S.C. §§523(a)(8).

3. On May 16, 2023, Plaintiff served the Summons and Complaint on the Defendant and its counsel. The deadline for the Defendant to respond to Complaint was June 19, 2023. An initial Status Conference was set for July 12, 2023 at 10:00 a.m.

4. On June 8, 2023, the parties entered into a Stipulation to extend the deadline for Defendant to respond to the Complaint and to continue the Status Conference in order to allow the Defendant to review the underlying matter and explore a possible resolution of the action. On June 8, 2023, the Court entered an Order approving the Stipulation and extended the deadline for Defendant to respond to the Complaint to August 19, 2023. The Court further continued the Status Conference to September 13, 2023 at 10:00 a.m. and extended the deadline for the parties to file their joint status report to August 30, 2023.

5. On August 3, 2023, the parties entered into a second Stipulation to extend the deadline for Defendant to respond to the Complaint and to continue the Status Conference in order to allow the Defendant to review the underlying matter and explore a possible resolution of the action. On August 8, 2023, the Court entered an Order approving the Stipulation and extended the deadline for Defendant to respond to the Complaint to October 18, 2023. The Court further continued the Status Conference to November 8, 2023 at 10:00 a.m. and extended the deadline for the parties to file their joint status report to October 25, 2023.

6. Defendant requires further time to analyze the Attestation Declaration that has been submitted to its counsel by Plaintiff. In the hopes of reaching a resolution of this action without additional time and expense being incurred by both parties, counsel for the parties have agreed to allow the Defendant an additional sixty days to respond to the complaint. The parties also seek to continue the Status Conference in this matter for an additional sixty days.

Accordingly, the parties hereby stipulate and agree:

A. The deadline for the Defendant to respond to the Complaint shall be extended to December, 18, 2023. The Status Conference shall be continued to January 24, 2024 at 10:00 a.m. and the deadline for the parties to file their joint status report shall be extended to January 10, 2024.

IT IS SO STIPULATED.

Dated: October 16, 2023        Law Offices of Karen L. Grant

                               /s/ Karen L. Grant
                               Karen L. Grant
                               Counsel for Plaintiff
                               Stephanie Anne Buller

Dated: October 13, 2023        E. MARTIN ESTRADA
                               United States Attorney
                               DAVID M. HARRIS
                               Assistant United States Attorney
                               Chief, Civil Division
                               JOANNE S. OSINOFF
                               Assistant United States Attorney
                               Chief, Complex and Defensive
                               Litigation Section

                               By: /s/ Elan S. Levey
                                   ELAN S. LEVEY
                               Assistant United States Attorney
                               Attorneys for United States
                               Department of Education

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
924 Anacapa Street, Suite 1M, Santa Barbara, CA 93101

A true and correct copy of the foregoing document entitled (*specify*): THIRD STIPULATION TO EXTEND DEADLINE DEFENDAN'TS TIME TO RESPOND TO COMPLAINT TO DETERMINE DISCHAREABILITY OF STUDENT LOAN BASED ON UNDUE HARDSHIP [11 U.S.C.§523(a)(8) AND CONTINUE STATUS CONFERENCE HEARING
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 10/16/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Jeremy W. Faith (TR)**    Trustee@MarguliesFaithlaw.com, C118@ecfcbis.com;Helen@MarguliesFaithLaw.com;leedowding@gmail.com
- **Karen L Grant**    kgrant@silcom.com
- **United States Trustee (ND)**    ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 10/16/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Elan S. Levey
Assistant United States Attorney
U. S Attorney's Office, Central Div of CA
312 N. Spring St. Ste 1200
Los Angeles, CA 90012

US Department of Education
400 Maryland Avenue, SW
Washington, DC 20202

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*), I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/16/2023 | Karen L. Grant | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    F 9013-3.1.PROOF.SERVICE